UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS LUBINSKY,<br>　　　　　Plaintiff,<br>　　v.<br>LITI CAPITAL SA, et al.,<br>　　　　　Defendants. | Case No. 22-cv-01478-DMR<br><br>**ORDER SEALING DOCUMENTS FILED AT DOCKET ENTRIES 2 AND 3**<br>Re: Dkt. No. 15 |

On October 18, 2022, the court granted Plaintiff Travis Lubinsky's administrative motion to file a redacted version of the complaint. [Docket No. 13.] Plaintiff filed the redacted complaint, and subsequently filed a "motion to suppress" in which he asks the court to "remove" links on ECF that connect to the original, unredacted complaint; specifically, docket entry nos. 2, 3, 10, 12, and 13. The motion is granted in part and denied in part, as follows: the unredacted complaint filed at docket entry nos. 2 and 3 shall be sealed. The motion is denied as to docket entry nos. 10, 12, and 13, because the unredacted complaint filed as part of docket entry no. 10, Plaintiff's first administrative motion to seal, is already sealed, and docket entry nos. 12 and 13 are text-only orders that link to the unredacted complaint filed as part of docket entry no. 10. The Clerk is directed to seal docket entry nos. 2 and 3 in accordance with this order.

**IT IS SO ORDERED.**

Dated: December 7, 2022



_____
Donna M. Ryu
United States Magistrate Judge